In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-491 CV


____________________



WILLIAM D. BYRD and SANDRA BYRD, 


d/b/a SILSBEE APARTMENTS, Appellants



V.



TRIANGLE INSURANCE AGENCY, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D060144-C






MEMORANDUM OPINION


 The appellants, William D. Byrd and Sandra Byrd, d/b/a Silsbee Apartments, filed a
motion to dismiss this appeal. The motion is voluntarily made by the appellants prior to any
decision of this Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed
notice of appeal. The motion to dismiss is granted and the appeal is dismissed.

 APPEAL DISMISSED.



 
 __________________________________

 CHARLES KREGER

 Justice


Opinion Delivered December 20, 2007


Before McKeithen, C.J., Gaultney and Kreger, JJ.